# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

GAYNA HANSEN and KRISTOPHER HANSEN,

    Plaintiffs,

v.                                        Case No: 6:17-cv-1559-Orl-40GJK

UBER , INC. and RASIER (FL), LLC,

    Defendants.
_____/

## ORDER

This cause is before the Court on Plaintiffs' Memorandum of Law in Support of Reasonable Attorney's Fees (Doc. 75) filed on December 21, 2018. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed January 29, 2019 (Doc. 84), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Memorandum of Law in Support of Reasonable Attorney's Fees (Doc. 75) is **GRANTED IN PART AND DENIED IN PART** as follows:

    A. Plaintiffs are awarded attorney's fees against Defendant Uber Technologies, Inc. in the total amount of **$4,560.00**; and

B. The Memorandum is otherwise **DENIED**.

**DONE AND ORDERED** in Orlando, Florida on February 13, 2019.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties